IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD MIGYANKO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>　　　　Defendant. | Case No. 2:20-cv-00884-MJH |

## NOTICE OF VOLUNTARY DISMISSAL

　　IT IS SO ORDERED that Plaintiff Ronald Migyanko, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses with prejudice the above entitled action as between Plaintiff and Defendant Marriott International, Inc., with each party to bear its own costs and fees.

　　No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: February 16, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_Marilyn J. Horan_
　　　　　　　　　　　　　　　　　　　　　　　　Marilyn J. Horan
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge